■ JUDY L. GUYETTE et al., Appellants, v ONEIDA FINANCIAL CORP., Respondent. [3 NYS3d 702]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered May 31, 2013. The order granted defendant's motion for summary judgment dismissing plaintiffs' complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Lindley and DeJoseph, JJ.